UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In Re:  MICHAEL LANCE MCCRICKARD,    )    Case #15-10375 C-13G
                                     )
            Debtor                   )
_____  )

### OBJECTION TO CLAIM #7 OF KATHLEEN TREADWELL

NOW COMES the debtor, by and through counsel, and objects to Claim number 7 filed by Kathleen F. Treadwell and Pittman & Steele Law, PLLC in the amount of $1,620.00. The basis of the debtor's objection to the claim is that the claim was filed as a priority claim indicating the claim was entitled to priority treatment under 11 U.S.C. section 507(a)(1)(A) or (B). The debtor disputes that the claim is entitled to be classified as priority or qualifies as a section 507(a)(1) claim.

WHEREFORE, the debtor prays the Court to enter an order:

1. Disallowing the claim as a priority claim under 11 U.S.C. section 507(a)(1)
2. Allowing the claim as a general unsecured claim in the amount of $1,620.

This the 21st day of October, 2015.

              by:    /s/ Phillip E. Bolton
                     Phillip E. Bolton SB #12326
                     Attorney for Debtor
                     622-C Guilford College Rd.
                     Greensboro, NC 27409
                     (336) 294-7777

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In Re:  MICHAEL LANCE MCCRICKARD,        )        Case #15-10375 C-13G
                                                                     )
                 Debtor          )
_____  )

CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that he served the attached document(s) below upon the parties listed below by causing said document(s) to be deposited in a post-paid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service and/or by electronic means as allowed by the Court.

      This the 21st day of October, 2015.

                                                      by:    /s/ Phillip E. Bolton
                                                            Phillip E. Bolton
                                                           Attorney for Debtor
                                                           NC Bar#12326
                                                           Bolton Law Group, PA
                                                           622-C Guilford College Rd.
                                                           Greensboro, NC 27409

DOCUMENT(S) SERVED:
Objection to Claim #7 of Kathleen F. Treadwell and Pittman & Steele Law, PLLC

| ELECTRONICALLY SERVED ON: | FIRST CLASS MAIL SERVICE: |
|---|---|
| William P. Miller<br>United States Bankruptcy Administrator<br>101 S. Edgeworth Street<br>Greensboro, NC  27402 | Kathleen F. Treadwell<br>Pittman & Steele, PLLC<br>PO Box 2290<br>Burlington, NC 27216-2290 |
| Anita Jo Kinlaw Troxler<br>Chapter 13 Trustee<br>PO Box 1720<br>Greensboro, NC  27402 | |